# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Monique Epperson,

     Plaintiff(s),

v.

Wynn Las Vegas,

     Defendant(s).

Case No. 2:25-cv-02169-APG-NJK

**ORDER**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  If Defendant seeks a stay of discovery, it must file a motion for that relief by June 15, 2026.  If that motion is filed, discovery will be stayed on an interim basis pending resolution of that motion.  If that motion is not filed, the parties must file a joint proposed discovery plan by June 29, 2026.

IT IS SO ORDERED.

Dated: June 8, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1