**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Monique Epperson, | Case No. 2:25-cv-02169-APG-NJK |
|     Plaintiff(s), | **Order** |
| v. | [Docket No. 24] |
| Wynn Las Vegas, | |
|     Defendant(s). | |

Pending before the Court is Defendant's motion to stay discovery pending resolution of its motion to dismiss. Docket No. 24.[1] Plaintiff filed a response. Docket No. 26. Defendant filed a reply. Docket No. 27. Having considered the governing standards, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581-83 (D. Nev. 2013), the Court finds that a stay of discovery is warranted.[2] Accordingly, the Court **GRANTS** the motion to stay discovery. If resolution of the motion to dismiss does not result in termination of this case, the parties must file a joint proposed discovery plan within 21 days of the issuance of the order resolving the motion to dismiss.

IT IS SO ORDERED.

Dated: July 7, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The underlying motion to dismiss has been briefed. *See* Docket Nos. 13, 19, 20; *see also* Docket No. 25 (notice of corrected filing).

[2] Conducting the preliminary peek puts the undersigned in an awkward position because the assigned district judge will decide the underlying motion and may have a different view of the merits. *See Tradebay, LLC v. eBay, Inc.,* 278 F.R.D. 597, 603 (D. Nev. 2011). The undersigned's "preliminary peek" at the merits of the motion to dismiss is not intended to prejudice its outcome. *See id.* The undersigned carefully reviewed the arguments presented in the underlying motion and related briefing, but will not provide discussion of the merits herein.

1